FILED
2010 Sep-16 PM 03:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **FRED ALFINDA, KAREN ALFINDA,** | ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) **Case No.: 1:10-CV-2196-VEH** |
| v. | ) <br> ) |
| **GMAC MORTGAGE, LLC,** | ) <br> ) |
| Defendant. | ) |

## ORDER REGARDING JURISDICTION

Because federal courts are courts of limited jurisdiction, "a federal court has an independent obligation to review its authority to hear a case before it proceeds to the merits." *Mirage Resorts, Inc. v. Quiet Nacelle Corp.,* 206 F.3d 1398, 1400-1401 (11th Cir. 2000). Because the complaint does not explicitly state the basis for the court's jurisdiction, the court must determine whether jurisdiction exists under 28 U.S.C.A. § 1332(a)(1), which authorizes jurisdiction over cases where complete diversity of citizenship exists between the adverse parties. The Defendant in this case is GMAC Mortgage, LLC, which is a limited liability company. For purposes of determining citizenship, "a limited liability company is a citizen of any state of which a member of the company is a citizen." *Rolling Greens MHP, L.P. v. Comcast SCH*

*Holdings L.L.C.*, 374 F.3d 1020, 1022 (11th Cir. 2004). The complaint does not indicate the names and states of domiciles of each of the members of GMAC Mortgage, LLC. Because this information is necessary for the court to determine whether diversity jurisdiction exists in this case, the Defendant, GMAC Mortgage, LLC, is hereby **ORDERED** to identify all of its members and each member's state of residence within fourteen days of the date of this Order.

    **DONE** and **ORDERED** this the 16th day of September, 2010.

                                            **VIRGINIA EMERSON HOPKINS**
                                            United States District Judge